UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR25-206-JLR |
| v. | **DETENTION ORDER** |
| LEANTHONY PALMER, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with sex trafficking of an adult by force, fraud or coercion; transportation of an adult for the purpose of prostitution through coercion and enticement and conspiracy to commit money laundering. At least one allegation carries a rebuttable presumption that Defendant is both a flight risk and a danger to the community. The Court finds Defendant has failed to overcome this presumption. Defendant has a lengthy criminal history with adult convictions going back 15 years. His criminal history spans several states including Washington, California, Nevada, Hawaii, Texas, Massachusetts, and Idaho. The pattern of being stopped and

DETENTION ORDER - 1

charged in so many different jurisdictions cuts against release. According to the pretrial investigation, Defendant has failed to appear for court hearings related to traffic matters over ten times. Defendant has a criminal history of unlawful possession of firearms and the government has proffered Defendant has continued to possess numerous firearms, including weapons with high-capacity magazines. The government has also proffered Defendant has a history of international travel, the ability to create fake identification documents, and uses threats and violence to control individuals who engage as sex workers for Defendant. The government has also proffered information that while in custody, Defendant has made phone calls to a least one individual in an effort to pressure witnesses in his case not to cooperate with the prosecution against him.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/

/

/

DETENTION ORDER - 2

/

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 19th day of November, 2025.

```
                                          _____
                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge
```

DETENTION ORDER - 3