The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LENATHONY PALMER,<br><br>Defendant. | No. CR25-206 JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

The Court has considered the motion to continue the trial date and pretrial motions due date filed by defense counsel, which the government does not oppose, and has reviewed the facts described in the motion, which include: Mr. Palmer has been charged with several serious offenses, including one which carries a mandatory minimum sentence of 15 years upon conviction; the government has provided initial discovery in this case which contains materials that show an investigation covering several years and activities alleged to have occurred in multiple states; the current size of the discovery is 27,676 files containing a total of 38.4 gigabytes of data; the government has indicated that additional discovery will be forthcoming; the discovery is quite extensive, including, among other items, law enforcement reports, witness statements, warrant applications and returns from various jurisdictions, recorded phone calls, extensive social

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE (*Leanthony Palmer*; CR25-206 JLR) - 1

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

media records, and legal, travel and financial records; and defense counsel needs significant time to adequately complete the discovery review, investigate the case, plan the defense, prepare motions, and prepare for trial.

The Court finds these facts sufficient to support the following conclusions:

1)   a failure to grant the continuance would result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2)   a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, considering the exercise of due diligence, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

3)   the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, given the need for proper investigation, preparation and developing the necessary defenses, as set forth in 18 U.S.C. § 3161(h)(7)(A).

4)   the requested trial date of June 22, 2026, is reasonable and would provide counsel the opportunity to necessarily prepare for trial; and

5)   the period of delay from the date of this motion to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to June 22, 2026, and that pretrial motions shall be filed no later than May 11, 2026.

DONE this 25 day of November, 2025.

The Honorable James L. Robart
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE (*Leanthony Palmer*; CR25-206 JLR) - 2

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401